UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GRAY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DAVID BREWER,<br><br>　　　　　Respondent. | Case No. 2:22-cv-01659-JDP (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 8 |

Respondent has filed a motion for an extension of time to file a response to the petition. ECF No. 8. Good cause appearing, it is hereby ORDERED that:

　　1. Respondent's motion for an extension of time, ECF No. 8, is granted.

　　2. Respondent is granted up and until February 28, 2023, to file a response to the petition.

IT IS SO ORDERED.


Dated:　February 16, 2023　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE