1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SAMUEL GRAY,                              Case No.   2:22-cv-01659-JDP (HC)

12                    Petitioner,

13           v.                                 ORDER

14    DAVID BREWER,

15                    Respondent.

16

17           On April 7, 2023, the court granted respondent's motion to dismiss and dismissed this

18    case.[1]  ECF Nos. 12 & 13.  Petitioner appealed and the Ninth Circuit remanded for the limited

19    purpose of granting or denying a certificate of appealability.  The court declines to issue a

20    certificate.

21           Under 28 U.S.C. § 2253(c), a federal prisoner must seek and obtain a certificate of

22    appealability to appeal the district court's denial of relief under 28 U.S.C. § 2255.  28 U.S.C.

23    § 2253(c)(1).  A certificate is also required where, as here, a motion under § 2255 is disguised as

24    a petition under § 2241.  *See Porter v. Adams*, 244 F.3d 1006, 1007 (9th Cir. 2001).  A

25    "certificate of appealability may issue . . . only if the applicant has made a substantial showing of

26    the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Petitioner has not made such a

27    _____

28           [1] The parties consented to my jurisdiction.  ECF No. 7.

1

showing.  As explained in my order granting respondent's motion to dismiss, the claims at issue were previously adjudicated by the Northern District of Georgia.  ECF No. 12 at 2.  Petitioner argues that he should benefit from the actual innocence "escape hatch," but that applies only where a petitioner is factually innocent and not, as here, where petitioner mounts an argument based on legal insufficiency.

Accordingly, the court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:    June 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2